NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOTTOTRON, INC.,**
*Plaintiff-Appellant,*

v.

**ALLGAMES CASINOS, LTD., CB CORPORATION, SUN CASINOS N.V., SONSOROL LTD., 3A INTERNATIONAL N.V., BONNE CHANCE N.V., I-SERVICES N.V., YELLOW STONE ENTERTAINMENT N.V., AND PULLMAN GAMING N.V.,**
*Defendants,*

AND

**INTERACTIVE SYSTEMS INC., N.V.,**
*Defendant-Appellee.*

---

2011-1406

---

Appeal from the United States District Court for the District of New Jersey in consolidated case nos. 09-CV-4942 and 09-CV-6387, Judge Faith S. Hochberg.

---

ON MOTION

---

**O R D E R**

Lottotron, Inc. moves for reconsideration of the court's July 15, 2011 order dismissing its appeal for failure to file its brief. Interactive Systems, Inc., N.V. does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted, the mandate is recalled, and the appeal is reinstated.

(2) The appellee's brief is due within 40 days of the date of filing of this order.

FOR THE COURT

**AUG 1 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  George C. Summerfield, Jr., Esq.
     William M. Gantz, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 2 2011**

**JAN HORBALY**
**CLERK**